# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 FEB 12 A 11:30
CLERK OF COURT

(Full name of plaintiff(s))

Nikki Okozube

v.

(Full name of defendant(s))

Grand Geneva, LLC
Marcus Hotels, Inc.
The Marcus Corporation

Case Number:

26-C-233

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __2561 N. Vel R Phillips Ave. Milwaukee WI__
   (Address)    __53212__

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Grand Geneva, LLC__
   (Name)

Complaint – 1

Pg 1

Defendant __Marcus Hotels, Inc._____
                     (Name)

is (if a person or private corporation) a citizen of __Wisconsin_____
                                                      (State, if known)

and (if a person) resides at _____
                              (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
              (Employer's name and address, if known)


Defendant __Marcus Corporation_____
                     (Name)

is (if a person or private corporation) a citizen of __Wisconsin_____
                                                      (State, if known)

and (if a person) resides at _____
                              (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
              (Employer's name and address, if known)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Nikki Okozube is currently employed by Defendants in the Marcus Hotels & Resorts Reservation Sales and Customer Care Center (MR3C) based in Milwaukee, Wisconsin. Plaintiff has been employed by Defendants since September 5, 2016.

Plaintiff initially worked in-office at the Hilton Milwaukee City Center and

Complaint – 2

pg 3

later transitioned to a remote work-from-home position while remaining assigned to the Milwaukee-based department. Plaintiff's payroll employer is Grand Geneva, LLC. Marcus Hotels, Inc. operates the hotel division. The Marcus Corporation exercises centralized control over Plaintiff's employment, including benefits administration, ADA compliance review, and oversight of employment investigations. Grand Geneva, LLC, Marcus Hotels, Inc., and The Marcus Corporation are collectively referred to herein as "Defendants."

On or about July 22, 2025, Plaintiff disclosed a disability and requested reasonable accommodations under the Americans with Disabilities Act (ADA). Plaintiff provided medical documentation supporting her request. Following her

pg 4

disclosure, Defendants required additional medical documentation and imposed restrictions affecting Plaintiff's ability to use accrued paid time off (PTO) and manage work responsibilities. Corporate human resources personnel employed by The Marcus Corporation reviewed and endorsed the handling of Plaintiff's ADA disclosure and accommodation request.

After Plaintiff engaged in protected activity by requesting accommodations and raising concerns regarding ADA compliance, Defendants initiated an investigation and thereafter issued Plaintiff's first disciplinary actions in nearly nine years of employment. Following that investigation, Defendants began escalating scrutiny of Plaintiff's work, issuing attendance-related

write-ups, imposing adverse performance actions, and communicating inaccurate and damaging characterizations of Plaintiff's performance. Plaintiff's direct manager was instructed to revise and lower Plaintiff's performance evaluation in connection with ongoing HR matters, resulting in a materially reduced evaluation. Defendants further informed Plaintiff that provisions of the attendance policy she had previously signed and relied upon would no longer apply to her. Despite medical documentation identifying certain supervisory interactions and verbal meetings as disability-related stressors and recommending written communication where feasible, Defendants have continued to require mandatory biweekly verbal meetings and have disregarded medical guidance. As a result of

Case 2:26-cv-00233-LA    Filed 02/12/26    Page 6 of 10    Document 1

pg 6

these ongoing actions, Plaintiff's condition has significantly deteriorated, including numerous medication adjustments and functional decline, which her medical providers have attributed to workplace stressors.

These actions began in or about July 2025 in Milwaukee, Wisconsin and continue to the present.

Plaintiff alleges that Defendants have failed to reasonably accommodate her disability, failed to engage in the interactive process in good faith, and have retaliated against her for engaging in protected activity under the ADA, including but not limited to requesting accommodations and raising compliance concerns.

As a direct and proximate result of Defendants' conduct, Plaintiff has suffered and continues to suffer economic loss, emotional distress, deterioration of her medical condition, and other damages.

Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC), Charge No. 443-2025-04178, and received a Notice of Right to Sue dated December 2, 2025. This action is filed within ninety (90) days of receipt of that Notice. A copy of the Notice of Right to Sue is attached hereto as Exhibit A.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendants and award the following relief:
* Back pay and lost wages;
* Front pay and loss of future earning capacity;
* Compensatory damages for emotional distress and deterioration of her medical condition;
* Punitive damages as permitted by law;
* Declaratory and injunctive relief;
* Reasonable attorneys' fees and costs;
* Such other and further relief as the Court deems just and proper.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 12th day of February 2026

Respectfully Submitted,

N. Okozube
Signature of Plaintiff

414 242 4667
Plaintiff's Telephone Number

nikkiokozube@outlook.com
Plaintiff's Email Address

2561 N. Vel R Phillips Ave.
Milwaukee WI 53212
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.